Argued August 18, reversed and remanded August 29, 1977

## STATE OF OREGON, *Appellant,*
*v.*
## WILLIAM ANTHONY WORTHLEY, *Respondent.*
(No. C 77-01-01337, CA 8139)

567 P2d 1095

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Benhardt E. Schmidt, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

Reversed and remanded. *State v. Michener,* 25 Or App 523, 550 P2d 449, Sup Ct *review denied* (1976); *State v. Reaves,* 25 Or App 745, 550 P2d 1403, Sup Ct *review denied* (1976).